# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF

vs.                      No. 6:20-cr-60005

BOBBY NUTT                      DEFENDANT

## ORDER

Before the Court is the *pro se* Motion for New Counsel filed herein by Defendant BOBBY NUTT. ECF No. 19. The Court Ordered Defendant's counsel, Mr. Morse Gist, to file an *ex parte* Response to the Motion. Mr. Gist has filed his response. ECF No. 26 (sealed document). After review of the Counsel's *ex parte* submission the Court finds the *pro se* Motion for New Counsel filed herein by Defendant should be granted.

**IT IS ORDERED** the *pro se* Motion for New Counsel filed herein by Defendant (ECF No. 19) is **GRANTED** and that Mr. Morse Gist of Hot Springs, Arkansas, is relieved as counsel for Defendant. The Court appoints Mr. Travis Morrissey of Hot Springs, Arkansas, as Defendant's counsel in this matter. Mr. Gist is directed to provide a copy of his file to Mr. Morrissey within seven (7) days of this **ORDER**.

The Clerk is directed to terminate Mr. Gist as counsel of record and substitute Mr. Morrissey as Defendant's counsel in this case.

The Parties are reminded this case is currently set for jury trial on August 25, 2020, at 9:00 a.m. at the United States Courthouse, Hot Springs, Arkansas.

**ENTERED** this **27th day of April 2020.**

                                               /s/ *Barry A. Bryant*
                                               HON. BARRY A. BRYANT
                                               U. S. MAGISTRATE JUDGE